| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
|   | Carrie S. Gonell, SBN 257163 |
| 2 | carrie.gonell@morganlewis.com |
|   | 600 Anton Boulevard, Suite 1800 |
| 3 | Costa Mesa, CA  92626-7653 |
|   | Tel:     +1.714.830.0600 |
| 4 | Fax:    +1.714.830.0700 |
| 5 | MORGAN, LEWIS & BOCKIUS LLP |
|   | Andrew P. Frederick, SBN 284832 |
| 6 | andrew.frederick@morganlewis.com |
|   | 1400 Page Mill Road |
| 7 | Palo Alto, CA  94304 |
|   | Tel:     +1.650.843.4000 |
| 8 | Fax:    +1.650.843.4001 |
| 9 | MORGAN, LEWIS & BOCKIUS LLP |
|   | Nicole L. Antonopoulos, SBN 306882 |
| 10 | nicole.antonopoulos@morganlewis.com |
|   | One Market, Spear Street Tower |
| 11 | San Francisco, CA  94105-1596 |
|   | Tel:     +1.415.442.1000 |
| 12 | Fax:    +1.415.442.1001 |
| 13 | Attorneys for Defendant |
|   | DELTA AIR LINES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN TOLEDO, an individual, on behalf of himself and all other similarly situated non-exempt current and former employees, | Case No. 3:22-cv-00081-JSC |
| Plaintiff, | **NOTICE OF COMPLIANCE OF DEFENDANT DELTA AIR LINES INC. WITH 28 U.S.C. § 1446(D)** |
| vs. | |
| DELTA AIR LINES, INC., a Delaware corporation; and DOES 1 through 50, inclusive, | |
| Defendant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 42340768.1

DEFENDANT'S NOTICE OF COMPLIANCE
(Case No. 3:22-CV-00081-JSC)

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on January 6, 2022, Defendant Delta Air Lines, Inc. ("Delta") served on Plaintiff Marvin Toledo ("Plaintiff") a copy of Delta's Notice of Removal with respect to the above-captioned action in compliance with 28 U.S.C. § 1446(d). Additionally, on January 11, 2022, Delta filed in the San Francisco County Superior Court, a copy of the Notice of Removal of the above-captioned action in compliance with 28 U.S.C. § 1446(d).

A true and correct copy of the conformed caption page of the Notice to State Court and Plaintiff of Removal of Action to Federal Court and a copy of the proof of service on Plaintiff are attached hereto as **Exhibit A**.

Dated: January 13, 2022                          MORGAN, LEWIS & BOCKIUS LLP

By:     */s/ Nicole L. Antonopoulos*
Carrie S. Gonell
Andrew P. Frederick
Nicole L. Antonopoulos

Attorneys for Defendant
DELTA AIR LINES, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 42340768.1

1

DEFENDANT'S NOTICE OF COMPLIANCE
(CASE NO. 3:22-CV-00081-JSC)

# EXHIBIT A

MORGAN, LEWIS & BOCKIUS LLP
Carrie S. Gonell, SBN 257163
carrie.gonell@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Tel:   +1.714.830.0600
Fax:  +1.714.830.0700

MORGAN, LEWIS & BOCKIUS LLP
Andrew P. Frederick, SBN 284832
andrew.frederick@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel:   +1.650.843.4000
Fax:  +1.650.843.4001

MORGAN, LEWIS & BOCKIUS LLP
Nicole L. Antonopoulos, SBN 306882
nicole.antonopoulos@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:   +1.415.442.1000
Fax:  +1.415.442.1001

Attorneys for Defendant
DELTA AIR LINES, INC.

ELECTRONICALLY
F I L E D
Superior Court of California,
County of San Francisco

01/11/2022
Clerk of the Court
BY: EDNALEEN ALEGRE
Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| MARVIN TOLEDO, an individual, on behalf of himself and all other similarly situated non-exempt current and former employees,<br><br>Plaintiff(s),<br><br>vs.<br><br>DELTA AIR LINES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CGC-21-596940<br><br>**DEFENDANT'S NOTICE TO STATE COURT AND PLAINTIFF OF REMOVAL OF ACTION TO FEDERAL COURT**<br><br>Complaint Filed:   December 3, 2021<br>Trial Date:            None Set |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB2/ 42340767.1

DEFENDANT'S NOTICE TO STATE
COURT AND PLAINTIFF OF REMOVAL
Case No. CGC-21-596940

# PROOF OF SERVICE

I, Robin Onaka, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is One Market, Spear Street Tower, San Francisco, CA 94105-1596. On January 11, 2022, I served a copy of the within document(s):

**DEFENDANT'S NOTICE TO STATE COURT AND PLAINTIFF OF REMOVAL OF ACTION TO FEDERAL COURT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Shaun Setareh  *Attorneys for Plaintiff Marvin Toledo, on*
Thomas Segal  *behalf of himself and all others similarly*
Farrah Grant  *situated, and the general public*
Setareh Law Group
9665 Wilshire Boulevard, Suite 430
Beverly Hills, CA 90212
Phone: (310) 888-7771
Fax:    (310) 888-0109
Email:  shaun@setarehlaw.com
        thomas@setarehlaw.com
        farrah@setarehlaw.com

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 42381528.1                          PROOF OF SERVICE

1

2       I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

3

4

    Executed on January 11, 2022, at San Francisco, California.

5

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

6

7

8   *[signature: Robin K. Onaka]*
    Robin Onaka

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 42381528.1

- 2 -

PROOF OF SERVICE